SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7241
    Facsimile:    (415) 436-6748
    Email:       owen.martikan@usdoj.gov

Attorneys for Defendant the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGID BAILEY, individually as the Personal Administrator for the Estate of Joseph Paul Bailey, Deceased, and the Guardian Ad Litem for Samuel P. Bailey, Paul F, Bailey, and Meghan Bailey,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | No. C 07-2655 JL<br>**E-FILING CASE**<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge and hereby request the reassignment of this case to a United States District Judge.

                                                    Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                    /s/

Dated: August 21, 2007
                                                    _____
                                                    OWEN P. MARTIKAN
                                                    Assistant United States Attorney