SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:   (415) 436-7241
   Facsimile:   (415) 436-6748
   Email:  owen.martikan@usdoj.gov

Attorneys for Defendant the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGID BAILEY, individually, as the Personal Administrator for the Estate of Joseph Paul Bailey, Deceased, and as the Guardian Ad Litem for Samuel P. Bailey, Paul F. Bailey, and Meghan Bailey, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 07-2655 JSW <br> E-FILING CASE <br><br> DECLARATION OF PHYLLIS SVETICH IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA <br><br> Date: November 2, 2007 <br> Time: 9:00 am <br> Ctrm: 2, 17th Floor |

   I, Phyllis Svetich, declare:

   1.   I am the Paralegal Specialist for the Office of Counsel, U.S. Army Corps of Engineers, Army Engineers District, Sacramento ("Corps"). I have worked for the United States Government for 23 years, and have been a Paralegal Specialist for the Corps for approximately 10 years. In my current position, I receive and process administrative non-contractual (tort) claims filed against the Corps. In the course of my duties, I investigate events leading to claims, gather facts and interview witnesses. I am competent to make this declaration, and have personal knowledge of the facts stated herein.

   2.   I personally conducted telephone interviews with the following persons related to the issue at bar wherein the raft of Joseph Paul Bailey went over the dam located on the Yuba River at Daguerre Point near Marysville. I prepared the attached Memoranda summarizing my notes taken at the time of the interviews.

   A. Interview with Pat Marble, February 22, 2006. Mr. Marble was a Maintenance Worker who lived and worked at the Sycamore Ranch Campground in Browns Valley, California at the time of the

Phyllis Svetich Decl. Supporting Motion to Transfer Venue, C 07-2655 JSW

incident on May 29, 2005. Mr. Marble stated that he had been present when the deceased, Mr. Bailey, a camper at the campground, approached Mr. Swanson and indicated his intention to go rafting on the Yuba River. He said that Mr. Swanson warned Mr. Bailey against going onto the River in its flooded and dangerous condition. Mr. Marble stated that he personally asked Mr. Bailey if he had life jackets for him and his son and Mr. Bailey replied in the negative and said "they did not intend to go that far". He said that he and Mr. Swanson had informed Mr. Bailey of the existence of the submerged dam two miles downstream from the campground and warned him that the campground was the last possible place to remove his raft from the water before reaching the dam.

    B. Interview with Lewis Ashcraft, August 24, 2007. Mr. Ashcraft is part-owner of the Sycamore Ranch Campground. Mr. Ashcraft works and resides in Modesto, California. Mr. Ashcraft was present when Mr. Bailey approached Mr. Swanson and Mr. Marble in regard to inflating his raft. I read Mr. Ashcraft the accounting of events as told to me by Mr. Marble in Paragraph A. Mr. Ashcraft corroborated Mr. Marble's account of the events. Mr. Ashcraft said that he was emphatic about not allowing Mr. Bailey to inflate his raft at the campground because he feared liability. He said that at the time of the incident the river was still "raging" and he had told Mr. Bailey that it was unsafe for anyone to be out on the river and that they [campground personnel] "would not be a party to his stupidity". Mr. Ashcraft stated that he would testify to the events as relayed by Mr. Marble and himself.

    C. Interview with Cary Jellison, March 16, 2007. Mr. Jellison is a professional fishing guide who lives and works in Auburn, California. Mr. Jellison was with a customer wade fishing on the Yuba River when Mr. Bailey and his sons floated by them in their raft. Mr. Jellison stated that the reason that he was wade fishing on the day of the incident was that he would not take a "floater" out on the Yuba River because it was in a "swollen" and unsafe condition. Mr. Jellison said that the Baileys did not have on life jackets and there was no room in the raft to store them. Mr. Jellison described the Baileys' raft as a "$49.00, K-Mart raft" with only about "2 inches of freeboard". Mr. Jellison said that the occupants of the raft had no control over it and that each time one of the occupants moved, the raft almost tipped and the occupants would laugh and "carry-on". Mr. Jellison said that he was not surprised that Mr. Bailey had drowned, but he was surprised that he had gone over the dam because he didn't think that "they would ever get that far" without capsizing.

    D. Interview with William (Skip) Siversten, February 22, 2006. Mr. Siversten is the Senior Park Ranger at the Corps-owned Englebright and Martis Creek Lakes Project Areas in Smartsville, California. Mr. Siversten was contacted about the incident by the Yuba County Sheriff's Department on the morning of May 30, 2005. Mr. Siversten conducted an investigation related to the incident and prepared Corps incident reports. Mr. Siversten told me that there were permanent signs warning people of the dam at Daguerre Point at the "Highway 20 Bridge" and on the wing walls of the dam. Mr. Siversten relayed Mr. Swanson's tale of events leading up to the incident. Mr. Swanson's account corroborates the stories that Mr. Marble and Mr. Ashcraft provided.

    I attest that the attached memoranda constitute true and accurate summaries of my notes taken at the time of the interviews. These records are kept in the course of the Corps' Office of Counsel regularly conducted business activities, and it was and is the regular practice of the Office of Counsel to make such records.

    The foregoing facts are sworn under penalty of perjury according to the laws of the United States of America and the State of California.

1  Signed on September 11, 2007 in Sacramento, California.

*[signature]*
PHYLLIS M. SVETICH