# EXHIBIT B

MEMORANDUM FOR RECORD                                         August 24, 2007


SUBJECT:   Discussion with Mr. Lewis Ashcraft Regarding Contact Information for Pat Marble, Ex-Employee of Sycamore Ranch Campground and R.V. Park


1. At approximately 1130 hours on this date, Mr. Lewis Ashcraft called me in response to a voice mail message I had left for him regarding contact information for one of his ex-employees, Pat Marble.

2. Mr. Ashcraft told me that he had let Mr. Marble go because he had a severe drinking problem and that Mr. Marble had not left any forwarding information after his termination and Mr. Ashcraft had no knowledge of his whereabouts.

3. I told Mr. Ashcraft that I was searching for Mr. Marble in regards to a statement he had given me relevant to the incident in which the Bailey raft had gone over the Dam at Daguerre Point on May 29, 2005. I asked Mr. Ashcraft if he knew of anyone who could corroborate Mr. Marble's account of the incident and I told him the gist of the facts as Mr. Marble had relayed them to me.

4. Mr. Ashcraft said that both he and Mr. Clay Swanson, Campground Manager at the time of the incident, could corroborate Mr. Marble's account of the events that had occurred at the Campground prior to Mr. Bailey taking his raft out on the river. Mr. Ashcraft said that he was at the Campground at that time because it was the "first big holiday" after he had purchased the Campground and all three of the aforementioned men were present at the time that Mr. Bailey approached them regarding inflating his raft. Mr. Ashcraft said that they had emphatically told Mr. Bailey that they would not allow him to inflate his raft at the Campground; that the week earlier the entire campground had been flooded; that the river was still "raging" and it was unsafe for anyone to be out on the river. He said that they had told Mr. Bailey that they would not be a party to his stupidity.

5. Mr. Ashcraft reaffirmed that they asked Mr. Bailey if he had life jackets for him and his sons to which he answered no and they had warned him of the Daguerre Point Dam about 2 ½ miles downriver and had told him that the Campground was the last safe place for him to remove his raft from the water before reaching the Dam.

6. I asked Mr. Ashcraft if the Government could contact as a witness to these events if necessary and he stated, yes, and gave me his contact information. He said he would also try to find contact information for Mr. Clay Swanson and would call me back if he was able to do so.

Phyllis M. Svetich
Paralegal Specialist