# EXHIBIT D

MEMORANDUM FOR RECORD                                          February 22, 2006

SUBJECT: Interview with William (Skip) Siversten regarding Bailey Incident

1. At approximately 0900 a.m., I spoke to Skip Siversten, Senior Park Ranger at Englebright Dam, concerning the incident of May 30, 2005 in which Mr. Joseph Paul Bailey and sons were rafting on the Yuba River (River) and went over the submerged Daguerre Point Dam (Dam). The River was flowing very high and fast and was in a "flooded" condition. Mr. Bailey drowned in the accident.

2. Mr. Siversten told me that he became aware of the incident the following morning when a member of the local Sheriff's department came by to inform him of this and a second incident when a group of rafters went over the dam. Mr. Siversten began an investigation at that time.

3. Mr. Siversten said that he would have to get his notes to refresh his memory but he would tell me what he could remember at this point. I asked him about signage warning of the submerged dam and he said that there is a sign about 3 miles from the Highway 20 Bridge (Bridge) with a warning "Submerged Dam." He said that anyone putting in at the Bridge should have seen this sign. Mr. Siversten stated that there are also signs on the wing walls of Dam but on the date in question, the water was flowing so fast that it would have been too late to react to these warnings upon seeing them. He said the seasonal signs had been washed out and he didn't know if they could have been replaced due to the high water levels.

4. Mr. Siversten said that the Manager of the Sycamore Ranch Campground (Campground), Clay Swanson, had told him that he had seen Mr. Bailey and his sons filling a small cheap raft with air from the Campground and he had told Mr. Bailey that they were crazy to go out on the River and had warned him not to go down the River. He said that Mr. Bailey had stated that it was not his intention to go as far down as the Dam. Mr. Siversten stated that he believed that the Bailey's had put their raft in at the Highway 20 Bridge and intended to pull it out at the Campground.

5. I asked Mr. Siversten if there are any brochures or navigational charts or maps available to the public that indicates the location of the Dam on the River. He said he doesn't know but he would investigate this. Mr. Siversten said that a fishing guide had seen the Baileys in their raft and none of them had on life jackets. He also indicated that Mr. Swanson had seen them without life jackets (although he indicated that he did not think that the life jackets would have helped to save Mr. Bailey's life).

6. Mr. Siversten said that he would use his notes to refresh his memory so that he could better answer any other questions that I might have and he would call me back.

7. At approximately 10:25 a.m., Mr. Siversten called me and told me that Clay Swanson was no longer the Manager at the Campground but Julia Marble was now managing the Campground. He also advised me that Ms. Marble's husband, Pat, had been present at the time that Mr. Swanson spoke to the Baileys and was, in fact, helping them to inflate their raft.

*Phyllis Svetich*
Phyllis Svetich
Paralegal Specialist