1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7314
6      Facsimile:  (415) 436-6748
       E-mail:    ellen.fitzgerald@usdoj.gov
7
8  Attorneys for Defendant United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13

14 | BRIGID BAILEY, individually and as the              )   No. C 07-2655 JSW
   | Personal Administrator for the Estate of            )
15 | Joseph Paul Bailey, Deceased, and the               )   **NOTICE OF SUBSTITUTION OF**
   | Guardian Ad Litem for Samuel P. Bailey,             )   **COUNSEL**
16 | Paul F. Bailey, and Meghan Bailey,                  )
                                                         )
17                                                       )
                          Plaintiff,                     )
18                                                       )
                                                         )
19      v.                                               )
                                                         )
20 | UNITED STATES OF AMERICA,                           )
                                                         )
21                        Defendant.                     )
                                                         )
22 |_____                )

23
        TO THE COURT AND ATTORNEYS OF RECORD:
24
        PLEASE TAKE NOTICE that defendant hereby substitutes Assistant United States Attorney
25
   Ellen M. FitzGerald for Assistant United States Attorney Own Martikan as counsel for the
26
   defendant in the above-referenced action.  All future pleadings and correspondence to the United
27

28
   NOTICE OF SUBSTITUTION
   No. C 07-2655 JSW

States should be directed to:

AUSA Ellen M. FitzGerald
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7314
Facsimile:  (415) 436-6748
ellen.fitzgerald@usdoj.gov

                          Respectfully submitted,

                          SCOTT N. SCHOOLS
                          United States Attorney

DATED: September 13, 2007        By:       /s/
                                        ELLEN M. FITZGERALD
                                        Assistant United States Attorney

NOTICE OF SUBSTITUTION
No. C 07-2655 JSW