# EXHIBIT   A

MEMORANDUM FOR RECORD                                    February 22, 2006

SUBJECT:    Interview with Pat Marble regarding Bailey Claim

1. At about 1100 hours I had called Ms. Marble, present Manager of the Sycamore Ranch Campground (Campground) to see if she had any knowledge of the accident that took Mr. Bailey's life. Ms. Marble stated that she had not been working at the Campground at the time of the incident but that her husband had been and had told her about the incident. I asked her if I could speak to her husband and she said she would have him call me. She also gave me a phone number that she thought I could contact Mr. Swanson with.

2. At approximately 1300 hours I received a return call from Ms. Julia Marble who then passed the phone to her husband, Pat Marble. I asked Mr. Marble if he had been present at the time that Mr. Swanson had spoken to the Baileys about the danger of rafting on the River with its flooded conditions. He said that he had been present and had himself asked the Baileys if they had life jackets (something he said they [Swanson and himself] always do). He said that Mr. Bailey had told him, No, they did not, but they didn't intend to go that far. He said that he thinks "they missed where they were to pull out."

3. I asked Mr. Marble what type of raft the Bailey's were using (i.e., army style rubber raft). Mr. Marble said that it was a small "K-Mart model" rubber raft. He said that Mr. Bailey and his sons were all large stout people and he was surprised that they were going out in such a small raft. He said that the danger of the River did not lie in the fact that it was rapid but that it was so cold at that time of year.

4. Mr. Marble stated that Mr. Swanson warned Mr. Bailey against going out on the River because of the high water and the cold and tried to impress on him the dangers of rafting the River at that time. He said he also personally warned the Baileys of the danger. I asked Mr. Marble if they had specifically warned Mr. Bailey of the submerged dam and he said, yes, they had told him that there was a submerged dam just 2 miles downstream of the Campground. He said that they always tell all rafters about the submerged dam. He said that Mr. Bailey stated that he intended to pull out before reaching that point. He thought that the Bailey's intended to pull out at the Campground area and said that you needed a "key" to get out at any other point, and he thought "they had missed their turn out". He said that he thought they had put in at the Bridge but did not know for sure because they had put their raft in the back of their truck and had driven to the point that they put in at.

5. Mr. Marble said he always asks rafters where they intend to pull out at and if they have life jackets. He said that the Campground is the last possible place to pull out before reaching the dam and he said that both he and Mr. Swanson had warned the Bailey's of this fact and they were aware of the danger of proceeding on the River beyond the Campground.

6. I thanked Mr. Marble and asked him if I could call him again if I had further questions. He said yes.

Phyllis Svetich
Paralegal Specialist