1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   BRIGID BAILEY
8            Plaintiff(s),                No. C 07-02655 JSW
9        v.                               **CLERK'S NOTICE**
10  USA
11           Defendant(s).
    _____/
12
13
        YOU ARE HEREBY NOTIFIED that on November 9, 2007, at 9:00 a.m., following the hearing
14
    on the Motion to Transfer, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate
15
    Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial
16
    Case Management Conference **previously noticed for** November 2, 2007, in this matter.    The joint
17
    case management conference statement shall be due on or before November 2, 2007.
18
19
                                    Richard W. Wieking
20                                  Clerk, United States District Court
21
                                    By:_____
22                                  Jennifer Ottolini, Deputy Clerk
                                    Honorable Jeffrey S. White
23                                  (415) 522-4173
24  Dated:  September 17, 2007
25
26
27
28