IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIGID BAILEY, ET AL.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 07-02655 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER**

This matter is set for a hearing on November 9, 2007 at 9:00 a.m. on Defendant's motion to transfer. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 1, 2007 and a reply brief shall be filed by no later than October 9, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 17, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE