SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7314
Facsimile:      (415) 436-6748
E-mail:         ellen.fitzgerald@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGID BAILEY, individually and as the Personal Administrator for the Estate of Joseph Paul Bailey, Deceased, and the Guardian Ad Litem for Samuel P. Bailey, Paul F. Bailey, and Meghan Bailey, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 07-2655 JSW <br><br> **STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA; PROPOSED ORDER** |

　　　　Subject to the approval of this Court, plaintiff, Brigid Bailey, and defendant, United States of America, by and through their undersigned counsel, hereby agree and stipulate as follows:

　　　　1.　　On or about September 13, 2007, defendant filed a motion to transfer venue of

STIPULATION AND PROPOSED ORDER
No. C 07-2655 JSW

this civil action to the Eastern District of California (Docket No. 6);

    2.    Plaintiff does not oppose defendant's motion to transfer venue to the Eastern District of California;

    3.    Defendant's motion should therefore be granted in its entirety, and this action should be transferred to the Eastern District of California.

IT IS SO STIPULATED.


DATED: September 28, 2007                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                  By:      /s/
                                                ELLEN M. FITZGERALD
                                                Assistant United States Attorney
                                                Attorney for Defendant


DATED: September 28, 2007                RUEB, MOTT & MANOUKIAN


                                  By:      /s/
                                                GREGORY D. RUEB
                                                Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER
No. C 07-2655 JSW

**|PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that defendant's motion to transfer venue to the Eastern District of California is GRANTED, and this action will be and is transferred to the Eastern District of California.

DATED _____, 2007  _____

_____

HON. JEFFREY S. WHITE
United States District Judge