```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  ELLEN M. FITZGERALD (NY 2408805)
    Assistant United States Attorney
 4
    450 Golden Gate Avenue, Box 36055
 5  San Francisco, California 94102-3495
    Telephone: (415) 436-7314
 6  Facsimile:    (415) 436-6748
 7  E-mail:       ellen.fitzgerald@usdoj.gov

 8  Attorneys for Defendant United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGID BAILEY, individually and as the Personal Administrator for the Estate of Joseph Paul Bailey, Deceased, and the Guardian Ad Litem for Samuel P. Bailey, Paul F. Bailey, and Meghan Bailey, <br><br>      Plaintiff, <br><br>  v. <br><br>UNITED STATES OF AMERICA, <br><br>      Defendant. | No. C 07-2655 JSW <br><br>**STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF CALIFORNIA;** ~~**PROPOSED**~~ **ORDER** |

    Subject to the approval of this Court, plaintiff, Brigid Bailey, and defendant, United States of America, by and through their undersigned counsel, hereby agree and stipulate as follows:

    1.    On or about September 13, 2007, defendant filed a motion to transfer venue of

STIPULATION AND ~~PROPOSED~~ ORDER
No. C 07-2655 JSW

1. this civil action to the Eastern District of California (Docket No. 6);

2. Plaintiff does not oppose defendant's motion to transfer venue to the Eastern District of California;

3. Defendant's motion should therefore be granted in its entirety, and this action should be transferred to the Eastern District of California.

IT IS SO STIPULATED.

DATED: September 28, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By:    /s/
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorney for Defendant


DATED: September 28, 2007    RUEB, MOTT & MANOUKIAN

By:    /s/
GREGORY D. RUEB
Attorneys for Plaintiff

STIPULATION AND ~~PROPOSED~~ ORDER
No. C 07-2655 JSW

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that defendant's motion to transfer venue to the Eastern District of California is GRANTED, and this action will be and is transferred to the Eastern District of California.

DATED __October 9_____, 2007

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
No. C 07-2655 JSW